July 27, 2015                                           83,453-01

RE: Villarreal, Jesus Roberto AKA Waldo, Carlos
CCA NO: WR-83,453-01
Trial Court No: 06-CR-00000413-A

Dear Court,

On June 15, 2015 an application for 11.07 Writ of Habeas Corpus was received and presented to the Court:

No. WR-83,453-01

Would you please let me know the status of said application. Please include the disposition if one is available. Or in the alternative, a projected time table for the disposition of the case. Has the trial judge already handed down a recommendation to the Court of Criminal Appeals. Please feel free to include any information you believe to be pertinent. Send your response to the address listed below. Thank you in advance for your cooperation in this matter.

Jesus R. Villarreal #1499570
Clements Unit
9601 Spur 591
Amarillo, Tx 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 03 2015
Abel Acosta, Clerk